169 So.2d 391

**STATE of Louisiana**

v.

**Joseph L. COLLINS.**

No. 47558.

Dec. 14, 1964.

In re: Joseph L. Collins applying for writs of mandamus, certiorari and prohibition.

Application not considered. It was not timely filed. See Rule XII, Section 2, of the Rules of this Court, 8 LSA–R.S.

169 So.2d 391

**Emile G. EZELL**

v.

**Fred C. LOUCKS et al.**

No. 47523.

Dec. 15, 1964.

In re: Emile G. Ezell applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 167 So.2d 452.

Not considered. Not timely filed.